THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MALCOLM JAMAAL FLOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:08-CV-938-TMH |
| | ) | [WO] |
| | ) | |
| JUDGE LARRY ANDERSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that this case be DISMISSED with prejudice as to Defendants Anderson, Atwell, and Tillery; and DISMISSED without prejudice as to the plaintiff's remaining claims.  The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 30th  day  of  December, 2008.


**/s/ Truman M. Hobbs**

SENIOR UNITED STATES DISTRICT JUDGE